Form ncont341

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Reggie Walker
Debtor

Case No.: 4:23–bk–12091
Chapter: 7
Judge: Richard D. Taylor
Trustee: Hamilton M Mitchell
Chapter 7 Panel Trustee
**Teleconf 877–915–4975 code1176945**
1204 N. Polk St
Little Rock, AR 72205

## NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 9/5/23, 08:30 AM at the following location:

341a Telephonic Meeting, (use the Teleconf number, shown in trustee's address above)

DEBTOR(S) FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 8/2/23

Linda McCormack, Clerk